Public Minister William Lord PUNCH-ARD; Royal Continental Sudan Africa Government; Public Minister Denece Williams; Eddy Wright; Agent Will Banks, Plaintiffs—Appellants,

v.

The Sixth Judicial State District Court Judge Garry JEFFRIES; The Sixth Judicial State District Court; The Sixth Judicial District Attorney Office; N.M. State Governor Bill Richardson; The State of New Mexico, Defendants—Appellees.

No. 08–2147.

United States Court of Appeals, Tenth Circuit.

Oct. 30, 2008.

William Lord Punchard, Deming, NM, pro se.

Patricia J. Turner, Canepa & Vidal, PA, Santa Fe, NM, for Defendants–Appellees.

Before TACHA, KELLY and McCONNELL, Circuit Judges.

**ORDER AND JUDGMENT\***

MICHAEL W. McCONNELL, Circuit Judge.

This appeal is wholly frivolous. Appellant's brief is gibberish. The appeal from the judgment of the United States District Court for the District of New Mexico is therefore **DISMISSED.** Plaintiff's motion to proceed *in forma pauperis* is **DENIED.**

---

\* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.